Deverie J. Christensen
Nevada State Bar No. 6596
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
Email:  hilary.williams@jacksonlewis.com

*Attorneys for Defendant*
*Kore Refrigeration, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT A. CANALES, an individual, | Case No. 2:22-cv-01724-APG-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| KORE REFRIGERATION, LLC, a foreign limited liability company, | |
| Defendant. | |

Defendant Kore Refrigeration, LLC ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiff Albert A. Canales ("Plaintiff") by and through his counsel, Hatfield & Associates, Ltd., having reached a global resolution, hereby stipulate and

///
///
///
///
///
///
///
///

Jackson Lewis P.C.
Las Vegas

agree to dismiss all claims with prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 24th day of April, 2023.

| HATFIELD & ASSOCIATES, LTD. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Trevor Hatfield* | */s/ Deverie J. Christensen* |
| Trevor Hatfield, State Bar No. 7373 | Deverie J. Christensen, State Bar No. 6596 |
| 703 S. Eighth Street | Hilary A. Williams, State Bar No. 14645 |
| Las Vegas, Nevada 89101 | 300 S. Fourth Street, Suite 900 |
| | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
United States District Court

Dated: April 25, 2023

4875-9498-8378, v. 1